# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RANDY DAVOE JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-379

[August 1, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432009CF001342A

Randy Davoe Jackson, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***